# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ANTHONY LYNE,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80607

FILED

JUN 1 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____ , J.
Gibbons

_____ , J.          _____ , J.
Stiglich                              Silver

_____

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

26-21771

cc:    Hon. David M. Jones, District Judge
        The Gersten Law Firm PLLC
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk